Shana Lazerow, State Bar No. 195491
Adrienne L. Bloch, State Bar No. 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT a California non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SYAR INDUSTRIES, INC., a corporation<br><br>Defendant | Case No. C 07 01487 EDL<br><br>JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE<br><br>Current CMC Date: June 26, 2007<br>Judge: Hon. Elizabeth D. LaPorte<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
DEADLINES AND CONFERENCE
Case No. C 07 01487 EDL

WHEREAS, Communities for a Better Environment ("CBE") filed its complaint in this action on March 14, 2007;

WHEREAS, CBE and Defendant, Syar Industries, Inc., (collectively "Parties") met and conferred and filed a Joint ADR Certification on May 29, 2007;

WHEREAS, Parties are engaged in good-faith settlement negotiations;

GOOD CAUSE APPEARING THEREFORE, the Parties jointly request the following amended schedule for the conduct of this action:

1. July 24, 2007 – last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement;

2. July 31, 2007 – CASE MANAGEMENT CONFERENCE (CMC) in Courtroom E, 15th floor at 10:00 AM;

3. This scheduling order supersedes all previous scheduling orders in this matter.

Dated: June 12, 2007  _____/s/_____
Adrienne L. Bloch[1]
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: June 12, 2007  _____/s/_____
Shaye Diveley
MORRISON & FOERSTER LLP
Attorneys for Defendant
SYAR INDUSTRIES, INC.

**IT IS SO ORDERED.**

Date: June 13, 2007

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

---

[1] As the filing attorney, I, Adrienne Bloch, attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.

JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE
Case No. C 07 01487 EDL