SHANA LAZEROW (SBN 195491
ADRIENNE L. BLOCH (SBN 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

CHRISTOPHER J. CARR (SBN 184076)
*Email: CCarr@mofo.com*
SHAYE DIVELEY (SBN 215602)
*Email: SDiveley@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SYAR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYAR INDUSTRIES, INC., a corporation,<br><br>Defendant. | Case No. C 07 01487 EDL<br><br>**JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date:  June 26, 2007<br>Judge:  Hon. Elizabeth D. LaPorte<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

WHEREAS, COMMUNITIES FOR A BETTER ENVIRONMENT ("CBE") filed its complaint in this action on March 14, 2007;

WHEREAS, CBE and Defendant, SYAR INDUSTRIES, INC., (collectively "Parties") met and conferred and filed a Joint ADR Certification on May 29, 2007;

WHEREAS, Parties are engaged in good-faith settlement negotiations;

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE; [PROPOSED] ORDER – Case No. C 07-04187 EDL
sf-2356151

1

1    GOOD CAUSE APPEARING THEREFORE, the Parties jointly request the following
2 amended schedule for the conduct of this action:

3    October 2, 2007 ......... Last day to file Rule 26(f) report, complete initial disclosures or
4                              state objection in Rule 26(f) report and file Case Management
5                              Statement;

6    October 9, 2007 ......... Case Management Conference (CMC) in Courtroom E, 15th floor
7                              at 10:00 AM;

8    This scheduling order supersedes all previous scheduling orders in this matter.

Dated: July 18, 2007              SHANA LAZEROW
                                  ADRIENNE L. BLOCH
                                  COMMUNITIES FOR A BETTER
                                  ENVIRONMENT


                            By:   */s/ Adrienne L. Bloch*
                                  Adrienne L. Bloch

                                  Attorneys for Plaintiff
                                  COMMUNITIES FOR A BETTER
                                  ENVIRONMENT


Dated: July 18, 2007              CHRISTOPHER J. CARR
                                  SHAYE DIVELEY
                                  MORRISON & FOERSTER LLP


                            By:   */s/ Christopher J. Carr*
                                  Christopher J. Carr[1]

                                  Attorneys for Defendant
                                  SYAR INDUSTRIES, INC.

---

[1] As the filing attorney, I, Christopher J. Carr, attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE;
[PROPOSED] ORDER – Case No. C 07-04187 EDL
sf-2356151

2

1  **O R D E R**

2  **IT IS SO ORDERED.**

5  Dated: July 23, 2007

Honorable _Elizabeth D. Laporte_
U.S. Magistrate Judge Elizabeth D. Laporte

IT IS SO ORDERED

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE; [P~~ROPOSED~~] ORDER – Case No. C 07-04187 EDL
sf-2356151

3