SHANA LAZEROW (SBN 195491)
ADRIENNE L. BLOCH (SBN 215471)
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

CHRISTOPHER J. CARR (SBN 184076)
*Email: CCarr@mofo.com*
SHAYE DIVELEY (SBN 215602)
*Email: SDiveley@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SYAR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYAR INDUSTRIES, INC., a corporation,<br><br>Defendant. | Case No. C 07 01487 EDL<br><br>**JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date: October 9, 2007<br>Judge: Hon. Elizabeth D. LaPorte<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

     WHEREAS, COMMUNITIES FOR A BETTER ENVIRONMENT ("CBE") filed its complaint in this action on March 14, 2007;

     WHEREAS, CBE and Defendant, SYAR INDUSTRIES, INC., (collectively "Parties") have reached a settlement of this matter, embodied in a Consent Decree which will be submitted

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE; [PROPOSED] ORDER – Case No. C 07-04187 EDL
sf-2356151

1

1  by CBE to the Attorney General and the Administrator of the U.S. Environmental Protection

2  Agency for their review and comment pursuant to the requirements of 33 U.S.C. §1365(c)(3);

3      WHEREAS, 33 U.S.C. §1365(c)(3) provides that "[n]o consent judgment shall be entered

4  in an action in which the United States is not a party prior to 45 days following the receipt of a

5  copy of the proposed consent judgment by the Attorney General and the Administrator";

6      WHEREAS, CBE will inform the Court upon the expiration of this 45 days period;

7      WHEREAS, there are imminent calendar filing deadlines, including the last day for the

8  Parties to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report

9  and file Case Management Statement (October 2, 2007);

10      GOOD CAUSE APPEARING THEREFORE, the Parties jointly request the following

11  amended schedule for the conduct of this action:

12      December 11, 2007....Last day to file Rule 26(f) report, complete initial disclosures or

13      state objection in Rule 26(f) report and file Case Management

14      Statement;

15      December 18, 2007....Case Management Conference (CMC) in Courtroom E, 15th floor

16      at 10:00 AM;

17      This scheduling order supersedes all previous scheduling orders in this matter.

18

19  Dated: September 27, 2007    SHANA LAZEROW
    ADRIENNE L. BLOCH
20      COMMUNITIES FOR A BETTER
    ENVIRONMENT

21

22

    By:   */s/ Shana Lazerow*
23      Shana Lazerow

24      Attorneys for Plaintiff
    COMMUNITIES FOR A BETTER
25      ENVIRONMENT

26

27

28

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE;
[PROPOSED] ORDER – Case No. C 07-04187 EDL
sf-2356151

2

Dated: September 27, 2007

CHRISTOPHER J. CARR
SHAYE DIVELEY
MORRISON & FOERSTER LLP

By: */s/ Christopher J. Carr*
Christopher J. Carr[1]

Attorneys for Defendant
SYAR INDUSTRIES, INC.

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 1, 2007

Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*
*United States District Court*
*Northern District of California*

---

[1] As the filing attorney, I, Christopher J. Carr, attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES AND CONFERENCE;
[PROPOSED] ORDER – Case No. C 07-04187 EDL
sf-2356151

3